# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GNLV, CORP.,

    Plaintiff,

v.

KANTER ASSOCIATES, SA,

    Defendant.

Case No. 2:11-CV-00827-KJD-CWH

**ORDER**

    On February 10, 2012, the Clerk of Court entered a default (#19) as to Kanter and Associates, SA. Since that time, there has been no action in this case. Accordingly, **IT IS HEREBY ORDERED** that within 14 days, Plaintiff shall file a motion for default judgment, a notice of voluntary dismissal, or a status report advising the Court of its intentions in this case.

    DATED this 14th day of November 2012.

_____
Kent J. Dawson
United States District Judge