LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
thompsonl@gtlaw.com
LARAINE BURRELL, ESQ.
Nevada Bar No. 8771
burrelll@gtlaw.com
SHAUNA WELSH, ESQ.
Nevada Bar No. 11320
walshs@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff, GNLV, Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GNLV, Corp., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Kanter Associates SA, a corporation,<br><br>Defendant. | Case No.: **2:11-CV-0827 KJD-CWH**<br><br>**ORDER GRANTING GNLV, CORP.'S APPLICATION FOR DEFAULT JUDGMENT AND AWARD OF ATTORNEYS' FEES AND COSTS AGAINST DEFENDANT KANTER ASSOCIATES SA** |

UPON CONSIDERATION of Plaintiff GNLV, Corp.'s ("GNLV" or "Plaintiff") Application for Default Judgment and Award of Attorneys' Fees and Costs Against Defendant Kanter Associates SA, the accompanying memorandum of points and authorities, the record in this action and for other good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff GNLV, Corp. and against Defendant Kanter Associates SA on all counts of Plaintiff's complaint.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED a permanent injunction is GRANTED which prohibits Defendant from using any of Plaintiff's GOLDEN NUGGET

LV 419952197v1

1 trademarks or confusingly similar variations thereof in commerce (including, but not limited
2 to, Defendant's web sites and in domain names) and from registering, owning, leasing or
3 selling any domain names containing Plaintiff's trademarks or any confusingly similar
4 variations thereof, including an order that the current registrar transfer the
5 <thegoldennugget.com> domain name to Plaintiff.

6     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Kanter
7 Associates SA shall pay Plaintiff the sum of $6,115.00 in attorneys' fees and costs incurred
8 by GNLV through January 1, 2013 in the prosecution of this matter.

9     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Kanter
10 Associates SA shall pay Plaintiff the sum of $100,000.00 as statutory damages resulting
11 from Defendant's willful trademark infringement of Plaintiff's Marks.

12     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Kanter
13 Associates SA shall pay prejudgment accrued interest at 5.25% through judgment and
14 post-judgment interest at the statutory rate equivalent to the weekly 1-year constant
15 maturity Treasury yield, as published by the Board of Governors of the Federal Reserve
16 System, for the calendar week preceeding the date of judgment.

17     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that jurisdiction is
18 reserved to award Plaintiff further attorneys' fees and costs incurred in the prosecution and
19 defense of this matter after Default Judgment has been entered.

20     DATED: ___8___ day of March, 2013

23     UNITED STATES DISTRICT JUDGE

25 / / /
26 / / /
27 / / /
28 / / /

LV 419952197v1